**FILED**
May 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KENNETH RICHARD PRUETT, )<br>)<br>Defendant. ) | Case No. CR.S-06-0214-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  KENNETH RICHARD PRUETT , Case No. CR.S-06-0214-LKK , Charge  18USC § 1341, 1957 & 26USC § 7201 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔  (Other)    Pretrial Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 30, 2006  at  2:00 pm .

                      By  /s/ Gregory G. Hollows
                            Gregory G. Hollows
                            United States Magistrate Judge

Copy 5 - Court